## [ WALDRON v. HENDERSON ]

Jsaac Waldron plaint. ag$^t$ William Henderson Defen$^{dt}$ in an action of the case for not doing nor causeing to bee done for the s$^d$ Waldron or his Jmployers all Carpenters worke upon the Ship now called the Prim Rose to the compleate fitting of the s$^d$ Ship to the Sea with all possible Speed according to his Obligation under his hand bearing date the. 7th of January. 1677. whereby the s$^d$ Waldron or his Jmployers are damnified since the. 30th of April last the value of thirty five pounds or thereabouts in money as shalbee made appeare this w$^{th}$ all other due damages etc. . . . The Jury . . . found for the Defend$^t$ costs of Court.

[ See the cases of same name, p. 901, above, and p. 1038, below.]